UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PHILIP YUNGREIS
*Individually and on*
*Behalf of all others*
*Similarly situated*
      et al.     :    Civil Action No.19-5262(FLW)

      Plaintiff,   :

vs.                       :    ORDER DISMISSING ACTION
                                PURSUANT TO F.R.CIV.P. 4(m)
SYNTER RESOURCE GROUP, LLC.

      Defendant,  :

    It appearing that the plaintiff in the above captioned action have failed to effect service of the summons and complaint within 90 days of the filing of the complaint;

    It further appearing that good cause has not been shown as to why service has not been effected; and no proof of service has been submitted by plaintiffs as directed in this Court's Notice of call for dismissal dated October 1, 2019.

    It is on this 26th day of November, 2019,

    ORDERED that the complaint be and is hereby dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, without prejudice and without costs.

                                            s/Freda L. Wolfson
                                            FREDA L. WOLFSON
                                            U.S. Chief District Judge